ANNA SPOOL et al., on Behalf of Themselves and All Other Property Owners in the Town of Brookhaven, Suffolk County, Similarly Situated, Appellants, v. WOODHULL LANDING COMPANY, INC., et al., Respondents.— Action to enjoin defendants from excluding plaintiffs and the public in general from the use of certain lands. Judgment dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *post*, p. 911.]